524 A.2d 490

**COMMONWEALTH of Pennsylvania**

v.

**Richard WILDERMUTH, Appellant.**

Supreme Court of Pennsylvania.

Argued April 9, 1987.

Decided April 20, 1987.

Ronald F. Kidd, Michael M. Mustokoff, Teresa N. Clarkson, Philadelphia, for appellant.

Alan M. Rubenstein, Dist. Atty., Stephen B. Harris, Doylestown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.